UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEON JOYCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEWART SHERMAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01324-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

　　　　Plaintiff Steven Leon Joyce is proceeding *pro se* and *in forma pauepris* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 16, 2020, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted Plaintiff thirty days to file a second amended complaint, if so desired. After receiving two extensions of time, Plaintiff has failed to file a second amended complaint or otherwise respond to the Court's order and the time to do so has since expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute. Failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:　**February 25, 2021**　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1