UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEON JOYCE,<br><br>   Plaintiff,<br><br>  v.<br><br>STEWART SHERMAN, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-01324-NONE-SAB (PC)<br><br>ORDER VACATING MARCH 22, 2021 FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 20) |

  Plaintiff Steven Leon Joyce is proceeding *pro se* and *in forma pauepris* in this civil rights action pursuant to 42 U.S.C. § 1983.

  Plaintiff filed the instant action on September 16, 2020. On October 5, 2020, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's order. On October 30, 2020, Plaintiff filed an amended complaint. (ECF No. 12.) On November 16, 2020, the Court screened the amended complaint, again found not cognizable claim, and granted Plaintiff one final opportunity to amend the complaint. (ECF No. 13.) Plaintiff failed to file a second amended complaint or otherwise respond to the Court's November 16, 2020 order. On February 25, 2021, the Court ordered Plaintiff to show cause within fourteen days why the action should not be dismissed. (ECF No. 18.) Plaintiff failed to respond to the Court's February 25, 2021

1

order. Therefore, on March 22, 2021, the undersigned issued Findings and Recommendations recommending dismissal of the action. (ECF No. 20.)

On March 25, 2021, Plaintiff filed a second amended complaint. (ECF No. 21.)

Because Plaintiff has now filed a second amended complaint, the Court will vacate the Findings and Recommendations issued on March 22, 2021. However, Plaintiff is cautioned that he must comply with all orders and deadlines set forth by the Court and his failure to do so or explain why he failed to do so will result in dismissal of the action.

Based on the foregoing, it is HEREBY ORDERED that the Findings and Recommendations issued on March 22, 2021 are VACATED, and the Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:   **March 26, 2021**

UNITED STATES MAGISTRATE JUDGE