**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEON JOYCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY SANTORO, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01324-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 24) |

Plaintiff Steven Leon Joyce is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2021, the assigned magistrate judge issued findings and recommendations that the instant action be dismissed for failure to state a cognizable claim for relief. (Doc. No. 24.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within twenty-one (21) days after service. (*Id.* at 8.) Plaintiff filed objections on May 20, 2021. (Doc. No. 25.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds both findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on April 29, 2021 (Doc. No. 24) are adopted in full; and
2. The instant action is dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **May 28, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE