# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**STEVEN LEON JOYCE,**

CASE NO: **1:20–CV–01324–DAD–SAB**

v.

**STEWART SHERMAN, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/1/2021**

**Keith Holland**
Clerk of Court

ENTERED: **June 1, 2021**

by: /s/ A. Jessen
Deputy Clerk